IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HALL,

    Petitioner,               No. CIV S-05-0513 LKK KJM P

    vs.

CHERYL PLILER, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 27, 2006 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

1   U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2   issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
3           For the reasons set forth in the magistrate judge's August 14, 2006 findings and
4   recommendations, and this court's September 27, 2006 order, jurists of reason would not find it
5   debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
6   appealability should not issue in this action.
7           Petitioner has also filed a request to proceed in forma pauperis on appeal.
8   Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs
9   of suit.  Therefore, petitioner's request to proceed in forma pauperis on appeal will be granted.
10          Accordingly, IT IS HEREBY ORDERED that:
11          1. Petitioner's request for leave to proceed in forma pauperis on appeal is granted.
12  See 28 U.S.C. § 1915(a); and
13          2. Petitioner's request for a certificate of appealability is denied.
14  DATED:  November 17, 2006.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT